UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

No. 5:11-CR-229-5-F

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| v. | ) | ORDER |
| | ) | |
| HEATHER MICHELLE WEBB, | ) | |
| Defendant. | ) | |

This matter is before the court on Ms. Webb's letter motion [DE-417] requesting that the court amend or postpone her obligation to pay restitution. In her letter,[1] Ms. Webb contends that she does not earn enough at her prison job to make her restitution payments under the Inmate Financial Responsibility Act, and also to afford the items she needs and wants to buy. She explains that her grandmother insists on sending her money, but that it is not fair that her grandmother should have to provide her with spending money.

While the court certainly agrees with Ms. Webb that her grandmother should not be required to suffer as a result of Ms. Webb's actions, to the extent that Ms. Webb seeks a reduction, suspension or postponement of court-imposed restitution, her request is DENIED.

SO ORDERED.

This, the 28th day of August, 2012

JAMES C. FOX
Senior United States District Judge

---

[1] For the record, Ms. Webb's letter is deemed a motion for a reduction of restitution.