# UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF NORTH CAROLINA

**U.S.A. vs. Heather Michelle Webb**            Docket No. 5:11-CR-229-5F

### Petition for Action on Supervised Release

COMES NOW Dewayne L. Smith, U.S. Probation Officer of the court, presenting a petition for modification of the Judgment and Commitment Order of Heather Michelle Webb, who, upon an earlier plea of guilty to Conspiracy to Manufacture, Distribute, and Possess With Intent to Distribute 500 Grams or More of a Mixture Containing Methamphetamine, in violation of 21 U.S.C. § 846, was sentenced by the Honorable James C. Fox, Senior U.S. District Judge on March 2, 2012, to the custody of the Bureau of Prisons for a term of 55 months. It was further ordered that upon release from imprisonment the defendant be placed on supervised release for a period of 4 years.

Heather Michelle Webb was released from custody on December 10, 2014, at which time the term of supervised release commenced. On October 2, 2015, a Violation Report was submitted advising that the defendant was charged in Wilson County, North Carolina, with Misdemeanor Communicating Threats. Webb denied guilt, and the court agreed to continue supervision until adjudication. This charge was dismissed on November 23, 2015. On November 12, 2015, a Violation Report was submitted advising that Webb was charged in Nash County, North Carolina, with Simple Assault. The defendant denied guilt, and the court agreed to continue supervision until adjudication. This charge remains pending.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:** On November 10, 2015, the defendant tested positive for cocaine, which was confirmed through laboratory analysis on November 21, 2015. During a home inspection on November 24, 2015, the defendant signed an admission of drug use form acknowledging that she used cocaine on November 7, 2015. As a sanction for this violation, the probation office is recommending that she serve 2 days in jail. Webb was previously referred to outpatient substance abuse treatment and is enrolled in our Surprise Urinalysis Program. The defendant signed a Waiver of Hearing agreeing to the proposed modification of supervision.

**PRAYING THAT THE COURT WILL ORDER** that supervised release be modified as follows:

> The defendant shall be confined in the custody of the Bureau of Prisons for a period of 2 days as directed by the probation officer and shall abide by all rules and regulations of the designated facility.

Except as herein modified, the judgment shall remain in full force and effect.

Heather Michelle Webb
Docket No. 5:11-CR-229-5F
Petition For Action
Page 2

I declare under penalty of perjury that the foregoing is true and correct.

/s/ Dewayne L. Smith
Dewayne L. Smith
U.S. Probation Officer
201 South Evans Street, Rm 214
Greenville, NC 27858-1137
Phone: 252-830-2338
Executed On: November 25, 2015

## ORDER OF THE COURT

Considered and ordered this ___30___ day of ___November___, 2015 and ordered filed and made a part of the records in the above case.

James C. Fox
James C. Fox
Senior U.S. District Judge