# UNITED STATES DISTRICT COURT
## for the
### Eastern District of North Carolina

FILED IN OPEN COURT
ON 1/25/2018
Peter A. Moore, Jr., Clerk
US District Court
Eastern District of NC

United States of America )
v. )
Heather Michelle Webb )
) Case No: 5:11-CR-229-5BO
) USM No: 55573-056
Date of Original Judgment: March 2, 2012 )
Date of Previous Amended Judgment: June 21, 2017 ) Suzanne Little
*(Use Date of Last Amended Judgment if Any)* *Defendant's Attorney*

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of ☑ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:
☑ DENIED. ☐ GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of _____ months **is reduced to** _____

Pursuant to 1B1.10, Application Note 4(A), Exclusion Relating to Revocation, only a term of imprisonment imposed as part of the original sentence is authorized to be reduced under this section. A reduction in the term of imprisonment imposed upon relocation of supervised release is not authorized. The sentence for which the defendant is currently incarcerated results from a revocation of supervised release.

If the amount of time the defendant has already served exceeds this sentence, the sentence is reduced to a "Time Served" sentence, subject to an additional period of up to ten (10) days for administrative purposes of releasing the defendant.

*(Complete Parts I and II of Page 2 when motion is granted)*

Except as otherwise provided, all provisions of the judgment(s) dated March 2, 2012, and June 21, 2017, shall remain in effect. **IT IS SO ORDERED.**

Order Date: 1-25-18

*Judge's signature*

Effective Date: _____
*(if different from order date)*

Terrence W. Boyle    U.S. District Judge
*Printed name and title*